IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CHRISTOPHER FRANKLIN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> LT. ESTRADA, ET AL., § <br> § <br> Defendants. § | CIVIL ACTION NO. 5:18-cv-00025-RWS |

## ORDER

The Plaintiff, Christopher Franklin, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983. This case was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Franklin has asked that his lawsuit be dismissed (Docket No. 29), and the Magistrate Judge issued a report recommending this request be granted (Docket No. 30). No objections have been filed. It is accordingly

**ORDERED** the Report of the Magistrate Judge (Docket No. 30) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the Plaintiff's motion to withdraw his complaint (Docket No. 29) is **GRANTED**, and the above-styled civil action is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 30th day of July, 2019.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE